IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:16-cr-120; |
| | ) | |
| | ) | |
| WILSON ALFONSO OVERTON, | ) | The Honorable Liam O'Grady |
| | ) | |
| Defendant. | ) | Hearing Date: September 29, 2020 |
| | ) | |

**UNITED STATES' MOTION TO DISMISS
PETITION ON SUPERVISED RELEASE VIOLATIONS**

The United States of America respectfully requests the Court dismiss the Petition on Supervised Release Violations of the Defendant, Wilson Alfonso Overton, submitted to this Court by U.S. Probation Officer Raymond M. Hess on May 29, 2020.   ECF No. 37.   A hearing in this matter is currently scheduled for September 29, 2020.

On September 4, 2020, the United States sought a continuance to investigate two issues: (1) the violations alleged in the Petition; and, (2) the possibility that the Defendant intimidated a witness to prevent the witness from testifying in the Defendant's state court matter.   *See* ECF No. 46.   The Court continued the hearing to September 29, 2020.   ECF No 47.

After investigating the two issues, the United States does not believe it can adduce sufficient evidence to prove the alleged violations at this time.   Additionally, the investigation to date has not substantiated any witness intimidation on the part of the Defendant.

## **CONCLUSION**

The United States herein moves this Honorable Court to dismiss the May 29, 2020 Petition

for the reasons stated above.   The United States believes a dismissal is the most appropriate action

at this time based upon the current state of the evidence.


Respectfully submitted,

G. Zachary Terwilliger
United States Attorney


By: _____*/s/*_____
Philip D. Andriole
Special Assistant United States Attorney
Tony R. Roberts
Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia   22314
Phone: (646) 290-0635
Fax:    (703) 299-3980
philip.andriole@usdoj.gov

2

CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2020, I caused a copy of the foregoing memorandum

to be filed with the Clerk of Court using the CM/ECF system, which will automatically generate

a Notice of Electronic Filing (NEF) to the counsel of record.

I further certify that, on September 25, 2020, I sent a copy of the foregoing memorandum

to the Probation Officer assigned to this matter:

Daniel D. Gillespie, Jr.
Senior U.S. Probation Officer
Eastern District of Virginia
703-299-2285
Dan_Gillespie_Jr@vaep.uscourts.gov


By:           */s/*         
Philip D. Andriole
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia   22314
Phone: (646) 290-0635
Fax:    (703) 299-3980
philip.andriole@usdoj.gov